# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| **John Malloy,** | Civil No. 06-1612 (PAM-JJG) |
| Petitioner, | |
| v. | **ORDER** |
| **R.L. Morrison,** | |
| Respondent. | |

This matter is before the undersigned upon the report and recommendation of the United States Magistrate Judge. No objections have been filed to that report and recommendation in the time period permitted. Based on the report and recommendation of the Magistrate Judge, and being duly advised of all the files, records, and proceedings herein, **IT IS HEREBY ORDERED THAT** Malloy's petition for a writ of habeas corpus under 28 U.S.C. § 2241 (Doc. No. 1) is **DENIED.**

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated this 17th day of September, 2007.

s/ Paul A. Magnuson
PAUL A. MAGNUSON
United States District Court Judge